82,209-01



**CAMILE G. DUBOSE**
38TH JUDICIAL DISTRICT JUDGE
UVALDE COUNTY COURTHOUSE #17
UVALDE, TEXAS 78801
(830)278-3913
FAX: (830) 278-7502

District Clerks:
  Medina County • Cindy Fowler
    830- 741-6070
  Real County •   Bella Rubio
    830- 232-5202
  Uvalde County • ChristinaOvalle
    830- 278-3918

Court Coordinator
Fidelia (Lela) Ballesteros
E-mail:lela@uvaldecounty.com

January 30, 2015

Texas Court of Criminal Appeals
Office of the Clerk
Post Office Box 12308
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 04 2015

Abel Acosta, Clerk

Attention:   Ms. Kelley Reyes

### Request For Sixty-Day Postponement

RE:   *Ex parte Denise K. Crouch,*
      **No. WR-82,209-01.**

Dear Ms. Reyes:

On November 5, 2014, I was ordered by the Court to hold an evidentiary hearing within 90 days on Ms. Denise K. Crouch's Application For a Writ of Habeas Corpus, with a supplemental record to be forwarded to the Court within 120 days of the date of the order.

I appointed Ms. Nancy B. Barohn to represent Ms. Crouch, and set the evidentiary hearing for January 23, 2015. I have been advised by Ms. Barohn that she requires additional time to prepare. Ms. Crouch's writ application is based upon a claim that her trial attorney's representation was constitutionally ineffective through his handling of her insanity defense. Ms. Barohn advises that she met with Ms. Crouch's habeas attorney, who reported that Ms. Crouch has a long, documented history of mental illness. Ms. Barohn advises that, in light of Ms. Crouch's history, she believes that she should meet with Ms. Crouch personally at her place of confinement, rather than simply sending her a letter. Ms. Barohn advises that Ms. Crouch will need to testify in support of her writ application. Ms. Barohn wishes to obtain Ms. Crouch's institutional medical and mental health records, and wishes to assure herself that Ms. Crouch will be able to testify effectively in support of her habeas claim.

Ms. Kelley Reyes
January 30, 2015
Page 2


I have also learned that Ms. Crouch's trial counsel is presently experiencing some health issues.

Based upon these circumstances, I feel that there is good cause for a postponement of the evidentiary hearing, and respectfully request that the dates set out in the Court's November 5th order be extended for a period of sixty days. There have been no previous postponements in this matter.

Please advise me if there is something more I need to do with the Court regarding this request for a postponement. Thank you for your kind assistance in this matter.

Sincerely,

Camile G. DuBose
38th District Judge




xc:  Mr. Edward Shaughnessy, III
     Ms. Nancy B. Barohn
     State Prosecuting Attorney